James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:  510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

FILED
JUN 22 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY GILMAN,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | C-05-4908 MJJ<br><br>Before the Honorable Martin J. Jenkins<br><br>**ORDER VACATING ALL CASE MANAGEMENT CONFERENCES FOR ALL ELI LILLY ZYPREXA CASES ASSIGNED TO JUDGE JENKINS CURRENTLY, OR THAT MAY BE ASSIGNED IN THE NEXT 120 DAYS**<br><br>Location: Courtroom 11, 19th Fl. |

-- 1 --

[Proposed] Order Continuing Case Management Conference

DOCSOAK-9832463.1

1  In the next 4 months, all Eli Lilly Zyprexa cases will likely be transferred to the Eastern
2  District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. Thus, the Court
3  hereby vacates **ALL** Case Management Conferences for **ALL** Eli Lilly Zyprexa cases currently
4  pending before this court, and for all Eli Lilly Zyprexa cases that may be assigned to this court in the
5  next 120 days.

7  IT IS SO ORDERED

8  DATED: 6/22/06

10  _____
    The Honorable Martin J. Jenkins